IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01546-WDM-BNB

DENNIS DE CICCO,

Plaintiff,

v.

THE MEGA LIFE AND HEALTH INSURANCE COMPANY, and
JOHN DOE,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion to Amend Complaint** [Doc. # 15, filed 10/2/2006] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED, and the Clerk of the Court is directed to accept for filing the *Plaintiff's First Amended Complaint* [Doc. # 15-2].

IT IS FURTHER ORDERED that defendant Mega Life and Health Insurance Company shall respond to the First Amended Complaint on or before **December 8, 2006**.

Dated November 16, 2006.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge