IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01546-WDM-BNB

DENNIS DE CICCO,

    Plaintiff,

v.

THE MEGA LIFE AND HEALTH INSURANCE COMPANY, and
KENNETH L COLEMAN,

    Defendants.

## ORDER OF REMAND

Miller, J.

    This matter is before me on Plaintiff's motion to remand to state court, filed December 4, 2006.  Plaintiff argues that a recent amendment to the Complaint destroyed diversity, and this court therefore lacks subject matter jurisdiction. Defendants concede this motion.

    Accordingly, it is ordered:

1. Plaintiff's motion to remand, filed December 4, 2006 (Docket No. 28), is granted.

2. This case is remanded to the District Court for the City & County of Denver, Colorado.

    DATED at Denver, Colorado, on December 27, 2006.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge

PDF FINAL